AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Julian ABREU,<br><br>Defendant(s) | )<br>)<br>)  Case No. 25-280 (M)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 19, 2025__ in the county of __Carolina__ in the __--__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(2) | Reentry of Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidivit.

Reviewed by: Jose A. Contreras
Assistant United States Attorney

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

_Complainant's signature_

Juan E. Batista Aybar, Enforcement Officer, CBP
_Printed name and title_

Sworn to before me pursuant to FRCP 4.1 at __11:17 AM__
by telephone, this __21ST__ day of March 2025,
in San Juan, Puerto Rico.

Date: __3/21/25__

_Judge's signature_

City and state: __San Juan, Puerto Rico__

Marcos E. López, U.S. Magistrate Judge
_Printed name and title_